D. O. NICHOLS v. STATE.
No. A-3521.   Opinion Filed May 6, 1920.
(189 Pac. 1102.)

Appeal from County Court. Custer County; E. J. Lindley, Judge.

D. O. Nichols was convicted of abandoning his family, and he appeals.   Appeal dismissed, and cause remanded.

R. J. Shive, for plaintiff in error.

W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM.   Plaintiff in error, D. O. Nichols, was convicted in the county court of Custer county on a charge that he did willfully and unlawfully abandon his wife and child, and in

accordance with the verdict of the jury he was sentenced to pay a fine of $500 and the costs. From the judgment, he appealed by filing in this court on March 25, 1919, a petition in error with case-made. His counsel of record on May 4, 1920, filed a motion to dismiss the appeal. The motion to dismiss is sustained, and the appeal herein is dismissed, and the cause remanded to the trial court.